1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8
9

EASTERN DISTRICT OF CALIFORNIA

10

MARK WAYNE COLEMAN, JR.,                    Case No. 1:13-cv-00975-SKO (PC)

11          Plaintiff,                       ORDER DISMISSING ACTION, WITH
                                             PREJUDICE, FOR FAILURE TO STATE
12      v.                                   A CLAIM UPON WHICH RELIEF MAY
                                             BE GRANTED UNDER SECTION 1983
13  SHERIFF MARGRETT MIMS, et al.,
                                             (Docs. 1 and 6)
14          Defendants.
                                             ORDER THAT DISMISSAL IS SUBJECT
15                                           TO 28 U.S.C. § 1915(G)
    _____/
16

17          Plaintiff Mark Wayne Coleman, Jr., a state prisoner proceeding pro se and in forma

18  pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 26, 2013.  On April 18,

19  2014, the Court dismissed Plaintiff's complaint for failure to state a claim under section 1983 and

20  ordered Plaintiff to file an amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. §

21  1915(e).  More than thirty days have passed and Plaintiff has not complied with or otherwise

22  responded to the Court's order.[1]  As a result, there is no pleading on file which sets forth any

23  claims upon which relief may be granted.

24          Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is

25  HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which

26
    _____
27  [1] **Error! Main Document Only.**On May 5, 2014, the United States Postal Service returned the order as undeliverable.
    A notation on the envelope indicates that Plaintiff is not in custody.  However, Plaintiff has not notified the Court of
28  any change in his address, and absent such notice, service at a party's prior address is fully effective.  Local Rule
    182(f).

1   relief may be granted under section 1983.  This dismissal is subject to the "three-strikes" provision

2   set forth in 28 U.S.C. § 1915(g).  *Silva v. Di Vittorio*, 658 F.3d 1090, 1098-99 (9th Cir. 2011).

3

4

5   IT IS SO ORDERED.

6      Dated:    **June 4, 2014**                                    **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28